| | |
|---|---|
| ELIZABETH DAY (SBN 177125)<br>eday@feinday.com<br>MARC BELLOLI (SBN 244290)<br>mbelloli@feinday.com<br>DAVID ALBERTI (SBN 220265)<br>dalberti@feinday.com<br>SAL LIM (SBN 211836)<br>slim@feinday.com<br>**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>Tel:  650.618.4360<br>Fax:  650.618.4368<br><br>Attorneys for Plaintiff<br>CELLULAR TRANSITIONS, LLC | JONATHAN K. WALDROP (SBN 297903)<br>jwaldrop@kasowitz.com<br>MARCUS A. BARBER (SBN 307361)<br>mbarber@kasowitz.com<br>JACK SHAW (SBN 309382)<br>jshaw@kasowitz.com<br>GURTEJ SINGH (SBN 286547)<br>gsingh@kasowitz.com<br>**KASOWITZ BENSON TORRES LLP**<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065<br>Phone: (650) 453-5170<br>Fax: (650) 453-5171<br><br>Attorneys for Defendants<br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELLULAR TRANSITIONS, LLC,<br><br>            Plaintiff,<br>   v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>            Defendants. | **CASE NO.  5:19-cv-01189-EJD**<br><br>**STIPULATED DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Cellular Transitions, LLC ("Cellular") and Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively "ASUS") stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss without prejudice all claims and defenses in this case, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: June 24, 2019         FEINBERG DAY ALBERTI LIM & BELLOLI LLP

                             By: */s/ Marc Belloli*
                                 Marc Belloli
                                 *Attorneys for Plaintiff*

Dated: June 24, 2019         KASOWITZ BENSON TORRES LLP

                             By:    */s/ Marcus A. Barber*
                                 Marcus A. Barber
                                 *Attorneys for Defendants*

## ATTESTATION OF FILER

I, Marc Belloli, am the ECF user whose ID and password are being used to file this Joint Case Management Statement In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: June 24, 2019         By: */s/ Marc Belloli*
                                 Marc Belloli